UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JANE DOE 1, *et al.*,

    Plaintiffs,

vs.

ROB STRECK, MONTGOMERY
COUNTY SHERIFF, *et al*.,

    Defendants.

Case No. 3:20-cv-513

District Judge Michael J. Newman

---

### ORDER: (1) RECUSING THE UNDERSIGNED FROM THIS CASE; AND (2) REFERRING THIS MATTER TO THE CLERK OF COURTS FOR REASSIGNMENT TO ANOTHER UNITED STATES DISTRICT JUDGE

---

This is a civil case for which the Court previously held a preliminary pretrial conference. Doc. No. 21. At the conference, counsel for both sides - in addition to discussing the calendar by which this case should proceed - advised the Court of an agreement to conduct 20 depositions per side in this case, not the 10 depositions authorized by Fed. R. Civ. P. 30.

During the conference, the Court advised counsel of a potential conflict. Despite both sides advising the Court that a conflict, if it existed, would be waived, the Court nonetheless believes, in this instance, that recusal should occur. The undersigned therefore **RECUSES** himself from this case and **REFERS** this matter to the Clerk of Courts for reassignment to another United States District Judge in the Dayton seat of court.

    **IT IS SO ORDERED.**

Date:  May 6, 2021                         s/Michael J. Newman
                                                             Hon. Michael J. Newman
                                                             United States District Judge