UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **JANE DOE**, *et al.*, | CASE NO. 3:20-cv-513 |
| Plaintiffs, | JUDGE WALTER H. RICE |
| vs. | |
| **ROB STRECK** | **STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE** |
| **MONTGOMERY COUNTY SHERIFF**, *et al.*, | |
| Defendants. | |

We, the attorneys for the respective parties, do hereby stipulate to the dismissal with prejudice of all claims asserted in the above-entitled action against Defendants Montgomery County Sheriff Rob Streck, Montgomery County Sheriff's Deputy Willie Templeton, Jr., and Montgomery County Sheriff's Major Jeremy Roy by Plaintiff "Jane Doe 4" and Plaintiff "Jane Doe 5" **only**. All claims of Plaintiff "Jane Doe 1", Plaintiff "Jane Doe 2" and Plaintiff "Jane Doe 3" shall remain pending against all defendants. Court costs to Plaintiffs.

The Court may enter an order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED.

_____
JUDGE WALTER H. RICE

Respectfully submitted,

| | |
|---|---|
| */s/ Michael P. Lewis* | */s/ Ward C. Barrentine* |
| NICHOLAS A. DICELLO (0075745) | Ward C. Barrentine (0074366) |
| MICHAEL P. LEWIS (0099621) | Joshua T. Shaw (0087456) |
| **SPANGENBERG SHIBLEY & LIBER LLP** | Anne M. Jagielski (0093047) |
| 1001 Lakeside Avenue East, Suite 1700 | Collin B. Showe (0093805) |
| Cleveland, OH 44114 | Assistant Prosecuting Attorneys |
| (216) 696-3232 | 301 West Third Street, P.O. Box 972 |
| (216) 696-3924 (FAX) | Dayton, Ohio 45422 |
| *ndicello@spanglaw.com* | Telephone: (937) 496-7797 |
| *mlewis@spanglaw.com* | Fax Number: (937) 225-4822 |
| | E-mail: barrentinc@mcohio.org |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify on March 25, 2022, I electronically filed the foregoing with the Clerk of Courts by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

*/s/ Michael P. Lewis*
NICHOLAS A. DICELLO (0075745)
MICHAEL P. LEWIS (0099621)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (FAX)
*ndicello@spanglaw.com*
*mlewis@spanglaw.com*

***Attorneys for Plaintiffs***