IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JANE DOE, *et al.*,

    Plaintiffs,

vs.      Case No. 3:20cv513

ROB STRECK MONTGOMERY
COUNTY SHERIFF, *et al.*,      JUDGE WALTER H. RICE

    Defendants.

---

ENTRY APPROVING STIPULATION OF THE PARTIES DISMISSING ALL CLAIMS IN THE CAPTIONED CAUSE AGAINST DEFENDANTS MONTGOMERY COUNTY SHERIFF ROB STRECK, MONTGOMERY COUNTY SHERIFF'S DEPUTY WILLIE TEMPLETON, JR., AND MONTGOMERY COUNTY SHERIFF'S MAJOR JEREMY ROY BY PLAINTIFF JANE DOE 4 AND PLAINTIFF JANE DOE 5

---

This Court approves the stipulation of the parties dismissing all claims in the captioned cause against Defendants Montgomery County Sheriff's Deputy Willie Templeton, Jr. and Montgomery County Sheriff's Major Jeremy Roy by Plaintiff Jane Doe 4 and Plaintiff Jane Doe 5.

After said dismissal is filed, the only claims remaining are all claims of Plaintiff Jane Doe 1, 2 and 3, pending against all Defendants.

July 21, 2022                         WALTER H. RICE
                                           UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record